Keith J McGrew
19-52812

## List of Creditors

Regional Finance
2768 Cumberland Blvd SE
Smyrna, GA 30080

Global Lending
1200 Brookfield
Suite 300
Greenville, SC 29607

Skopos
PO Box 800
Carmel, IN 46082

Acceptance Now
2995 Turner Hill Road
Lithonia, GA 30038-2527

Wings Financial Credit Union
% Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342

Delta Community Credit Union
% Drew Eckl Farnham
235 Peachtree Street NE
Suite 1900
Atlanta, GA 30303

Bridgecrest
P.O Box 52020
Phoenix, AZ 85072

Lamar Advertising Company
% Howe Law Firm
4385 Kimball Bridge Road
Suite 100
Alpharetta, GA 30022



Keith McGrew
19-52812

Progressive Leasing
256 West Data Drive
Draper, UT 84020

Wells Fargo Bank
℅ Css Payment Processing Center
PO Box 55126
Boston, MA 02205-5126

Nissan/KIA/Toyota of Union City
Collection Manager And Assistants
Collection Office
4080 Jonesboro Road
Union City, GA 30291

Nissan/KIA/Toyota of Union City
Collection Manager And Assistants
Collection Office
4080 Jonesboro Road
Union City, GA 30291

Landmark Dodge Chrysler Jeep LLC
6850 Mount Zion Blvd
Morrow, GA 30260